the state against such conspiracies to commit sabotage as are advocated in the published leaflet in evidence in this case, and to prescribe punishment for individuals who belong to organizations teaching and advocating such conspiracies. Such legislation is not in contravention of or repugnant to the federal or state constitutions.

It having been established that the leaflet, "Three Kinds of Strikes," advocates sabotage within the meaning of C. S., secs. 8580 and 8581, and it being conceded that the leaflet is printed, published and distributed by the organization known as the Industrial Workers of the World, of which petitioner is admittedly a member, it follows that probable cause existed which justified the committing magistrate in binding petitioner over to the district court. In my opinion the writ should be denied and the petitioner held to answer.

McCarthy, C. J., concurs in dissenting opinion.

Petition for rehearing denied.

---

(January 11, 1924.)

In the Matter of the Application of JAMES BATES for a Writ of Habeas Corpus.

[224 Pac. 668.]

Petition for writ of *habeas corpus*. *Petitioner discharged.*

William Healy, for Petitioner.

A. H. Conner, Attorney General, and Herman H. Taylor, for Wm. F. Dunning, Sheriff.

DUNN, J.—It having been stipulated by the state and the petitioner that this case is in all respects similar to that of Richard Moore, *ante*, p. 506, 224 Pac. 662, and that the judgment in this case may follow that entered in the case

of Richard Moore, it is ordered that the petitioner be discharged.

William A. Lee and Wm. E. Lee, JJ., concur.

McCarthy, C. J., and Budge, J., dissent.

————

(January 11, 1924.)

In the Matter of the Application of GEORGE PERRING for a Writ of Habeas Corpus.

[224 Pac. 668.]

Petition for writ of *habeas corpus*. *Petitioner discharged.*

William Healy, for Petitioner.

A. H. Conner, Attorney General, and Herman H. Taylor, for Wm. F. Dunning, Sheriff.

DUNN, J.—It having been stipulated by the state and the petitioner that this case is in all respects similar to that of Richard Moore, *ante,* p. 506, 224 Pac. 662, and that the judgment in this case may follow that entered in the case of Richard Moore, it is ordered that the petitioner be discharged.

William A. Lee and Wm. E. Lee, JJ., concur.

McCarthy, C. J., and Budge, J., dissent.